### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **EFFINGHAM RETAIL 27, INC.,** ) | |
| **d/b/a THE LION'S DEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | CV NO. 05-4029-JPG-DGW |
| ) | |
| **VILLAGE OF MONTROSE,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**Dated: March 29, 2007**

                                                      **NORBERT JAWORSKI, CLERK**

                                                      **s/Brenda K. Lowe**
                                                      **Deputy Clerk**

**APPROVED: s/ J. Phil Gilbert**
                **U. S. DISTRICT JUDGE**